# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED FINANCIAL CASUALTY COMPANY,** | : | No. 3:15cv2237 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| **FRANK ALARIO; STEPHANIE GIORDANO; JOSEPH ALARIO; and CATHERINE LEAL and MAURISIO LEAL, individually and as the guardians of M.L., a minor,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 14th day of December 2015, in accordance with the foregoing memorandum, we hereby exercise our discretion under the Federal Declaratory Judgment Act to decline to hear this case. The Clerk of Court is directed to **REMAND** this case, including Defendant Catherine Leal and Mauricio Leal's motion to change venue (Doc. 8), to the Court of Common Pleas of Pike County, Pennsylvania. Plaintiff's motion to remand (Doc. 3) is **DISMISSED as moot**.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**